## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| WILLIAM EDWARD HAWTHORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-05355 |
| | ) |
| INNOVATIVE RECOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

### **NOTICE OF SETTLEMENT**

Plaintiff, WILLIAM EDWARD HAWTHORNE, ("Plaintiff"), through his attorney, Sharon D. Cousineau, informs this Honorable Court that Plaintiff and Defendant, INNOVATIVE RECOVERY, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, INNOVATIVE RECOVERY, INC., with prejudice, within 60 days.

[INTENTIONALLY LEFT BLANK]

1

DATED: May 21, 2021                     RESPECTFULLY SUBMITTED,

By: /s/Sharon D. Cousineau
    Sharon D. Cousineau
    SAMWEL COUSINEAU, PC
    700 West Evergreen Blvd.
    Vancouver, WA 98660
    Tel. 360-750-3789
    Fax 360-750-3788
    sdcousineau@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Sharon D. Cousineau
    Sharon D. Cousineau

2

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788