**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| WILLIAM EDWARD HAWTHORNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INNOVATIVE RECOVERY, INC., ) <br> ) <br> Defendant. ) | Case No. 3:21-cv-05355 |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, WILLIAM EDWARD HAWTHORNE, ("Plaintiff"), through his attorney, Sharon D. Cousineau, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, INNOVATIVE RECOVERY, INC., with prejudice.

[INTENTIONALLY LEFT BLANK]

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788

1   DATED: June 25, 2021                                    RESPECTFULLY SUBMITTED,

By: /s/Sharon D. Cousineau
Sharon D. Cousineau
SAMWEL COUSINEAU, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com

## CERTIFICATE OF SERVICE

I certify that on June 25, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Sharon D. Cousineau
Sharon D. Cousineau

2

Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Boulevard
Vancouver, Washington 98660
Tel. 360-750-3789 / Fax 360-750-3788